The Court understands that these concepts are difficult, but what Mr. Artis sets forth in paragraph 2 below is the standard for when a plaintiff has standing to bring a case. The problem here is not one of standing; it is one of the Court's lack of jurisdiction over claims between parties who are citizens of the same state. The claims Mr. Artis wants to bring against these Defendants would have to be brought in state court. The motion for reconsideration is denied. The Clerk of Court is respectfully directed to terminate ECF # 14.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X          RECONSIDERATION

VINCENT ARTIS

SO ORDERED.                     25-cv-09045

-against-                     *Cathy Seibel*          Judge Seibel U.S.D.J.
                              CATHY SEIBEL, U.S.D.J.

PHELPS MEMORIAL HOSPITAL, et, al,

                                                              12/12/25
-----------------------------------------------------------------------X


I (Vincent Artis) is not a lawyer nor do I practice law;

I would like Judge Seilbel to reconsider granting my complaint to go forward for the following reasons:


(1) I am not hooked up to the portal, so when I get a notice from you, (see exhibit) it looks like it is stuff that is in the portal. Judge Karas and Judge kuarse know I am not hooked up to the portal. The other judges write things out so it is easier for me to comprehend. I have put in other things that I sent you because that is what I thought you wanted me to address. (res judicate and collateral estoppal)

(2) In order to invoke the court's jurisdiction, the plaintiff must demonstrate, at the "irreducible minimum," that: (1) he/she has suffered a district and palpable injury as a result of the putatively illegal conduct of the defendant; (2) the injury is fairly traceable to the challenged conduct; and (3) it is likely to be...
In my original complaint that was received by the Pro Se Office dated Oct. 31, 2025 that was stamped 25-cv-09045 in that complaint on page 5 that I said; "Supervisor Diego told me to load up a big bin of laundry, I told him that is not my job, and that is not even our department, Deigo started yelling, so I complied. I hurt my back doing this, I had back surgery, I had doctors give me a permanent injury for mental and physical. (please see full statement on page 5 of complaint)
The rules says; I am intitle to sue because of the reasons 1-3 and, if you need a question for the court, the question is why did Supervisor Diego make Vincent Artis load up the laundry bin and it is NOT his job and it is NOT the housekeeping department. (a whole different department) that resulted in Vincent Artis getting hurt on the job and left with permanent injuries.

(3) I sent you my Permanent Mental and Physical letters from certified doctors in my last letter to you. (see exhibit attached)

IN CONCLUSION:

Please reconsider and grant me the right to go forward with my claim. Please amend all the papers together, also if there is something I am still missing, can we have a conference call, or a hearing on this matter.

Sincerely

Vincent Artis Pro-se

25-cv-09045-Cathy Seibel U.S.D.J

12/12/25

I hope you can reconsider and let me continue with my complaint.

As previously explained, (ECF No. 5), a federal court cannot entertain a lawsuit unless : (1) it raises a federal question; or (2) the amount in controversy exceeds $75,000 and all plaintiffs are citizens of different states than all defendants. See 28 U.S.C. 1331, 1332. This case does not fit under either category. Accordingly, it is hereby dismissed without prejudice for lack of subject matter jurisdiction. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

12/4/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

VINCENT ARTIS

Plaintiff

  -against- ·

PHELPS HOSPITAL ASSOCIATION et, al,

Defendants

-----------------------------------------------------X

25-cv-09045

Cathy Seibel U.S.D.J.

I (Vincent Artis) is not a lawyer nor do I practice law. Here are my reasons to hope you grant my complaint to continue;

(1) I have permanent injuries; Mental and physical. I have 2 letters from 2 different doctors, that says I am permanently disable. (Please see attached, Exhibit A) Both doctors will be testifying in court and at trial.

(2) I will have the doctor who did my surgery testify in court and at trial.

(3) I will have the person who did my physical therapy come and testify in court and in trial.

(4) I will subpoena the union to come and testify at court and in trial about the laundry department is a different department then housekeeping.

(5) Supervisor Diego made me load up a Big laundry bin even thou it is not my job nor is it the housekeeping department, his negligent got me permanently hurt.

Those are some of the reasons I hope my complaint can go forth. Now I want to point out a few things; I have another case 7:23-cv-09827KMK. It is Retaliation and Discrimination which have nothing to do with my new case in your court. Judge Krause is doing the negotiating, I have appealed pretty much all his decisions to Judge Karas, it seems like Judge Krause is trying to push the case with Judge karas into your case which has nothing to do with your case, because if judge Krause does, that could mean I violate the rules res judicata and collateral estoppal. If you look at my original complaint, I was still working on the job when I put it in, I also felt I had to rush it because Northwell and Phelps hospital had me under the impression that I had to have it in by a certain time, then the EEOC contacted me and said that Northwell was being investigated for discrimination, and they admitted to it. I argue in court that my

complaint should only be heard from May. 16, 2022-Nov. 3, 2022 it really should be the first week of Oct. 2022 and I admitted to I did not get mental help until after Nov. 3, 2022 (way after) and on my complaint I did not list no physical injury, but Judge Krause is trying to help defendants lawyer by adding things to my case that I did not put in my complaint to rig it for defendants lawyer,(I appealed to Judge Karas) and I wrote a complaint to the judge panel on Judge Krause,  the Pro-se office told me they are sending my complaint back to me by mail and follow the rules they give me and send it back.


IN CONCLUSION:

Case # 23-cv-09827 is about Retaliation and Discrimination what happened to me while I was working before I got hurt, 25-cv-09045 is what happened after I got hurt which is liability, responsible, and Hospital at fault for reckless behavior that Vincent Artis have gotten permanent injuries. Lets look at a couple of cases to support my claim; LUCKY BRAND DUNGARIES, INC, ET AL, v. MARCEL FASHION GROUP, INC. CERTIORI TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT No.18-1086. Argued January 13, 2020---Decided May 14, 2020

CAPITAL RECORDS LLC, CAPITAL CHRISTIAN MUSIC GROUP, INC, and VIRGIN RECORDS IR HOLDING INC, v. REDIGI INC., JOHN OSSENMACHER, and LARRY RUDOLPH a/k/a LAWRENCE S. ROGEL 12-cv-00095(RJS)

I am asking the court to go forward with my complaint, or can we at least have a hearing on this matter


Sincerely

Vincent Artis Pro-se

25-cv-09045

Judge Cathy Seibel U.S.D.J.

11/29/25



NEW YORK STATE | Workers' Compensation Board

# Doctor's Report
## of MMI/Permanent Partial Impairment

# C-4.3

Use this form: 1. When rendering an opinion on MMI and/or permanent partial impairment; or 2. In response to a request by the Workers' Compensation Board to render a decision on MMI and/or permanent partial impairment.

Please answer all questions completely, attaching extra pages if necessary, and submit promptly to the Board, the insurance carrier and to the patient's attorney or licensed representative, if they have one; if not, send a copy to the patient. Failure to do so may delay the payment of necessary treatment, prevent the timely payment of wage loss benefits to the patient, create the necessity for testimony, and jeopardize your Board authorization. You may also fill out this form online at www.wcb.ny.gov.

Date of Examination: __5/30/25__    WCB Case #: __G3346509__    Claim Admin Claim Number: _____

## A. Patient's Information

1. Name: __Artis__ __Vincent__    2. Date of Birth: __5/26/66__ 3. SSN: _____
   Last      First      MI

4. Address (if changed from previous report): _____
   Number and Street      City      State      Zip Code

5. Home phone #: _____    6. Date of injury/illness: __11/2/22__    7. Patient's Account #: _____

## B. Doctor's Information

1. Your name: __Warner__ __Matthew__    2 WCB Authorization #: __510839-9W__
   Last      First      MI

3. WCB Rating Code: _____    4. Federal Tax ID #: __112732830__    The Tax ID # is the (check one): ☐ SSN ☒ EIN

5. Office address: __310 EAST SHORE RD. SUITE 100__    __GREAT NECK__    __NY__    __11023__
   Number and Street      City      State      Zip Code

6. Billing Group or Practice Name: __BEHAVIORAL MEDICINE ASSOCIATES__

7. Billing address: _____
   Number and Street      City      State      Zip Code

8. Office phone #: _____    9. Billing phone #: _____    10. Treating Provider's NPI #: _____

## C. Billing Information

1. Employer's insurance carrier: _____    2. Insurer ID: W _____

3. Insurance carrier's address: _____
   Number and Street      City      State      Zip Code

4. Diagnosis or nature of disease or injury:

   Enter ICD10 Code:    ICD10 Descriptor:

   (1) _____

   (2) _____ __PLEASE SEE ATTACHED__ _____

   (3) _____

   (4) _____

5. Billing (CPT) Code: _____    6. Charge ($): _____    7. Zip Code: _____

C-4.3 5-22

Patient Name: __Artis    Vincent__    Date of injury/illness: __11/2/22__
Last          First          MI

## D. Maximum Medical Improvement

1. Has the patient reached Maximum Medical Improvement? [X] Yes [ ] No    If yes, provide the date patient reached MMI: _____
   If No, describe why the patient has not reached MMI and the proposed treatment plan (attach additional documentation, if necessary).

   PLEASE SEE ATTACHED

## E. Permanent Partial Impairment

1. Is there permanent partial impairment? [ ] Yes [ ] No

2. List the body parts and conditions you treated the patient for related to the date of injury listed in Section A, Question 6.

   N/A

Complete Permanent Partial Disability, Attachment A and/or Attachment B, as indicated based on the patient's condition. Attachment A and/or Attachment B must be completed for each body part and/or condition which you treated the patient for on the date of injury listed in Section A, Question 6.

- For a permanent partial impairment where schedule award (schedule loss of use) is appropriate, complete Attachment A, except for serious facial disfigurement, vision, or hearing loss.

  **Hearing Loss:**
  - Occupational Loss of Hearing – C-72.1 should be utilized, and/or
  - Traumatic Hearing Loss – C4.3 with an attached narrative.

  **Vision Loss:**
  - Attending Ophthalmologist's Report (Form C-5), or
  - C-4.3 with an attached narrative.

  **Serious Facial Disfigurement**
  - C-4.3 with an attached narrative.

- For a non-schedule award (classification), complete Attachment B.

Sign below and submit to the Board only the pages of the form that apply to this report.

This form is signed under penalty of perjury.
Board Authorized Health Care Provider signature:

__Matthew  Warner__                    PSYCHOLOGY        5/30/25
Name                                   Specialty          Date

C-4.3 (5-22) Page 2                                    C-4.3 5-22



**Workers' Compensation Board**

# Doctor's Report
# of MMI/Permanent Partial Impairment

# C-4.3

Use this form: 1. When rendering an opinion on MMI and/or permanent partial impairment; or 2. In response to a request by the Workers' Compensation Board to render a decision on MMI and/or permanent partial impairment.

Please answer all questions completely, attaching extra pages if necessary, and submit promptly to the Board, the insurance carrier and to the patient's attorney or licensed representative, if they have one; if not, send a copy to the patient. Failure to do so may delay the payment of necessary treatment, prevent the timely payment of wage loss benefits to the patient, create the necessity for testimony, and jeopardize your Board authorization. You may also fill out this form online at www.wcb.ny.gov.

Date of Examination: 3/3/25    WCB Case #: 5334650q    Claim Admin Claim Number: 8992619200l

## A. Patient's Information

1. Name: Achs                Vincent                       MI          2. Date of Birth: 5/26/1963 SSN: _____
   Last                      First

4. Address (if changed from previous report): 27 Washington Ave    Sloatsburg    NY    10974
                                              Number and Street      City          State  Zip Code

5. Home phone #: 845-323-25l6. Date of injury/illness: _____    7. Patient's Account #: _____

## B. Doctor's Information

1. Your name: Montag        Nathaniel                     MI          2. WCB Authorization #: _____
   Last                     First

3. WCB Rating Code: _____    4. Federal Tax ID #: 222762919    The Tax ID # is the (check one): ☐ SSN ☑ EIN

5. Office address: 365 NY-304 X102    Bardonia    NY    10954
                  Number and Street   City       State  Zip Code

6. Billing Group or Practice Name: The Physical Medicine & Rehabiltation.

7. Billing address: 365 NY 304 X102    Bardonia    NY    10954
                   Number and Street   City       State  Zip Code

8. Office phone #: 845-624-2182    9. Billing phone #: _____    10. Treating Provider's NPI #: 1033503255

## C. Billing Information

1. Employer's insurance carrier: BroadsPire - NF                    2. Insurer ID: W .

3. Insurance carrier's address: P.O. Box 14133    Lexington    KY    40512
                               Number and Street   City        State  Zip.Code

4. Diagnosis or nature of disease or injury:

   Enter ICD10 Code:        ICD10 Descriptor:

   (1) M54.17-724.4 Radiculopathy, lumbosacral region
   (2) M99.03-739.3 Segmental and somatic dysfunction lumbar region.
   (3) _____
   (4) _____

5. Billing (CPT) Code: _____    6. Charge ($): _____    7. Zip Code: _____

C-4.3 5-22

Patient Name: _Artis_____ _Vincent_____ , _____     Date of Injury/Illness: _11_/_2_/_2022_
               Last                    First             MI

## D. Maximum Medical Improvement

1. Has the patient reached Maximum Medical Improvement? ☑ Yes ☐ No     If yes, provide the date patient reached MMI: _3/3/05_
   If No, describe why the patient has not reached MMI and the proposed treatment plan (attach additional documentation, if necessary).

## E. Permanent Partial Impairment

1. Is there permanent partial impairment? ☑ Yes ☐ No

2. List the body parts and conditions you treated the patient for related to the date of injury listed in Section A, Question 6.

Lumbar Spine

Complete Permanent Partial Disability, Attachment A and/or Attachment B, as indicated based on the patient's condition. Attachment A and/or Attachment B must be completed for each body part and/or condition which you treated the patient for on the date of injury listed in Section A, Question 6.

- For a permanent partial impairment where schedule award (schedule loss of use) is appropriate, complete Attachment A, except for serious facial disfigurement, vision, or hearing loss.

   **Hearing Loss:**
   - Occupational Loss of Hearing - C-72.1 should be utilized, and/or
   - Traumatic Hearing Loss - C4.3 with an attached narrative.

   **Vision Loss:**
   - Attending Ophthalmologist's Report (Form C-5), or
   - C-4.3 with an attached narrative.

   **Serious Facial Disfigurement**
   - C-4.3 with an attached narrative.

- For a non-schedule award (classification), complete Attachment B.

Sign below and submit to the Board only the pages of the form that apply to this report.

This form is signed under penalty of perjury.
Board Authorized Health Care Provider signature:

_Dr. Nathaniel Montag_                                 _Physiatry_           _3/24/05_
Name                          Signature                      Specialty            Date

```
MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:CourtMail@localhost.localdomain
```

```
Message-Id:<33994717@nysd.uscourts.gov>
Subject:Activity in Case 7:25-cv-09045-CS Artis v. Phelps Memorial Hospital et a
l Memo Endorsement
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States polic
y permits attorneys of record and parties in a case (including pro se litigants)
 to receive one free electronic copy of all documents filed electronically, if r
eceipt is required by law or directed by the filer. PACER access fees apply to a
ll other users.  To avoid later charges, download a copy of each document during
 this first viewing. However, if the referenced document is a transcript, the fr
ee copy and 30 page limit do not apply.

U.S. District Court
Southern District of New York

Notice of Electronic Filing
The following transaction was entered  on 12/4/2025 11:55 AM EST and filed
on 12/4/2025

Case Name: Artis v. Phelps Memorial Hospital
et al
Case Number: 7:25-cv-09045-CS https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?65
2467

Filer:


Document Number: 13


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.nysd.uscourts.gov/doc1/127138670686?caseid=652467&de_seq_num=51&magi
c_num=MAGIC


Docket Text:
 MEMO ENDORSEMENT  on re: [10]  Letter
filed by Vincent  Artis. ENDORSEMENT:  As previously explained, (ECF No.
5), a federal court cannot  entertain a lawsuit unless : (1) it raises a
federal question; or (2) the amount in controversy exceeds $75,000 and
all plaintiffs  are citizens of different states than all defendants. See
28 U.S.C. 1331, 1332. This case does not fit under either  category. Accordingly
,
it is hereby dismissed without prejudice for lack of subject matter jurisdiction
.
 The Clerk of Court is respectfully directed to close the case. SO ORDERED.
  (Signed by Judge Cathy Seibel on 12/4/2025)   (vfr)



7:25-cv-09045-CS Notice has been electronically mailed to:


7:25-cv-09045-CS Notice has been delivered by other means to:
Vincent Artis
27 Washington Avenue
Sloatsburg,  NY 10974




The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1008691343 [Date=12/4/2025] [FileNumber=33994716-0]
```

JUDGE SEIBEL

MAG JUDGE McCARTHY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Vincent Artis
_____

Write the full name of each plaintiff.

## 25 CV 09045

_____CV_____

(Include case number if one has been assigned)

-against-

Phelps Memorial Hospital
association and Northwell health
ssistant Director Tony  Director MARIO
supervisor Diego
_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?   ☑ Yes   ☐ No



RECEIVED
OCT 31 2025
PRO SE OFFICE

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   Federal Question

☐   Diversity of Citizenship

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Liability

Personal injuries

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff,  Vincent Arts , is a citizen of the State of
(Plaintiff's name)

New York, I
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                   (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:
                                  Phelps memorial Hospital
The defendant, Northwell Health is incorporated under the laws of

the State of    New York

and has its principal place of business in the State of    New York

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in    New York    .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Vincent                              Artis
First Name          Middle Initial          Last Name

27 Washington Avenue
Street Address

Rockland County    Slontsburg    N.Y.    10974
County, City               State          Zip Code

(845) 323-2510              BrooklyArtis@gmail.com
Telephone Number           Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Phelps    Memorial    Hospital

First Name            Last Name

Current Job Title (or other identifying information)

701  N. Broadway

Current Work Address (or other address where defendant may be served)

Westchester County, SleepyHollow N.Y.    10591

County, City            State            Zip Code

Defendant 2:    Northwell   Health

First Name            Last Name

Current Job Title (or other identifying information)

701  N.  Broadway

Current Work Address (or other address where defendant may be served)

Westchester County  SleepyHollow N.Y.    10591

County, City            State            Zip Code

Defendant 3:    Supervisor    Diego

First Name            Last Name

Supervisor

Current Job Title (or other identifying information)

701  N.  Broadway    10591

Current Work Address (or other address where defendant may be served)

Westchester County SleepyHollow N.Y.

County, City            State            Zip Code

Defendant 4: assistant Tony Director MARIO

First Name _____ Last Name

assistant Director Tony / Director MARIO

Current Job Title (or other identifying information)

They got fired!

Current Work Address (or other address where defendant may be served)

(westchester County) sleepyHollow NY. 10591

County, City _____ State _____ Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Phelps hospital

Date(s) of occurrence: around NOVember 3, 2022

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

ON or about NOV. 3, 2022 supervisor Diego told me to load up a Big Bin of laundry, (it was a room filled up with laundry) I told him that's Not my job, and that is Not even our Department. He start yelling, "he's the supervisor and for me to Do as he says" I comply. as I'm loading up the laundry (Heavy Bags of soil) my bACK went out. I had to have bACK sergury at NYU and I had complication after which resorted to the Doctors giving me a perminale ynjury Mentally and Physically (I can't work no more)

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered permenate injurys Physically and Mentally I have the letters from the Doctors I go to mental therapy Mon- fr.dAy I had BAck Sergury at NYU

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am asking for 5 million dollars

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10/31/25
Dated

Plaintiff's Signature

Vincent
First Name

Middle Initial

Art. S
Last Name

27 Washington Avenue
Street Address

(Rockland County) Sloatsburg
County, City

N.Y.
State

10974
Zip Code

(845) 323-2510
Telephone Number

Brooklynart.s@gmail.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

### Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

Name (Last, First, MI)

_____

Address                City                State            Zip Code

_____

Telephone Number                    E-mail Address

_____

Date                        Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                25-cv-09045


Vincent Artis

   Against

Northwell Health al, et,


Dear Honorable Judge Seibel:

  I was in court with Judge Krause today and I brought up my case that is in your court. It was told to me that you need more information on my case in your court. I am asking for an extension until Dec. 1, 2025 because I have to put a few things together for Judge Krause, and then there is thanksgiving. If you grant my request, I will have my paperwork you need on time. Please.


Sincerely

Vincent Artis Pro-se

25-cv-09045